# UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br>Nathan Benjamin Damigo,<br>      Debtor. | ) Case No. 19-90003 - E - 7<br>) Docket Control No. RLE-1<br>) Document No. 12<br>) Date: 02/14/2019<br>) Time: 10:00 AM<br>) DEPT: E |

### Order

Findings of Fact and Conclusions of Law are stated in the Civil Minutes for the hearing.

    The Motion for Relief from the Automatic Stay filed by Elizabeth Sines, Seth Wispelwey, Marissa Blair, Tyler Magill, April Muniz, Hannah Pearce, Marcus Martin, Natalie Romero, John Doe and Chelsea Alvarado ("Movants") having been presented to the court, and upon review of the pleadings, evidence, arguments of counsel, and good cause appearing,

    **IT IS ORDERED** that the automatic stay provisions of 11 U.S.C. § 362(a) are modified as applicable to Nathan Benjamin Damigo ("Debtor") to allow Elizabeth Sines, Seth Wispelwey, Marissa Blair, Tyler Magill, April Muniz, Hannah Pearce, Marcus Martin, Natalie Romero, John Doe and Chelsea Alvarado , and their respective agents and successors to proceed with litigation in *Elizabeth Sines, et al. v. Jason Kessler, et al.*, Case No. 3:17-CV-00072 to final judgment, including all appeals therefrom.

    **IT IS FURTHER ORDERED** that the automatic stay is not modified with respect to enforcement of any judgment against Debtor, Gary Farrar ("the Chapter 7 Trustee"), the Debtor, or property of the bankruptcy estate.  Any judgment obtained by Movants shall be submitted to this court for the proper treatment of any claims arising under the Bankruptcy Code.

Dated: February 15, 2019

By the Court

*/s/ Ronald H. Sargis*
Ronald H. Sargis, Judge
United States Bankruptcy Court

[12] - Motion for Relief from Automatic Stay [RLE-1] Filed by Creditors Natalie Romero, Chelsea Alvarado, Marcus Martin, Hannah Pearce, April Muniz, Tyler Magill, Marissa Blair, Seth Wispelwey, Elizabeth Sines, John Doe (Fee Paid $181) (eFilingID: 6437904) (tjof) Modified on 1/31/2019 (tjof). [12] - Motion/Application to Hold Non-Dischargeability Action In Abeyance [RLE-1] Filed by Creditors Chelsea Alvarado, Marissa Blair, John Doe, Tyler Magill, Marcus Martin, April Muniz, Hannah Pearce, Natalie Romero, Elizabeth Sines, Seth Wispelwey (tjof)

# Instructions to Clerk of Court
## Service List – Not Part of Order/Judgment

The Clerk of Court is instructed to send the Order/Judgment or other court generated document transmitted herewith to the parties below. The Clerk of Court will send the Order via the BNC.

Nathan Benjamin Damigo
14773 Orange Blossom Rd
Oakdale CA 95361

Gary Farrar
PO Box 576097
Modesto CA 95357

Office of the U.S. Trustee
Robert T Matsui United States Courthouse
501 I Street , Room 7-500
Sacramento CA 95814

Robert L. Eisenbach III
101 California St., 5th Floor
San Francisco CA 94111-5800