# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF CALIFORNIA

www.caeb.uscourts.gov

### NOTICE OF PERMANENT CLOSURE OF MODESTO COURTHOUSE

Please note that the U.S. Bankruptcy Court in Modesto located at 1200 I Street, Suite 200, Modesto, CA 95354 will close its public counter on May 30, 2025.

### Cases Filed in Modesto

All cases filed in the Modesto office will be transferred to the US Bankruptcy Court in Sacramento as of June 15, 2025. Cases that are filed in Modesto but transferred to Sacramento will retain their original case numbers and trustees, though may be assigned to a different judge.

Cases filed after June 15 for Calaveras, Stanislaus, and Tuolumne Counties shall be filed in the Sacramento office.

### Hearings and Court Appearances

After May 22, 2025, all hearings for cases filed in the Modesto division will be held in the Sacramento Division courthouse. Information and instructions for appearing remotely at court hearings are available on our website under **Court Appearances**.

### Fees and Documents

We will accept documents filed by parties without an attorney in person or by mail at the offices below. Fees may also be paid in person (money order, cashier's check, or debit card) or by mail (money order or cashier's check) at one of the offices below.  **The Clerk's Office does not accept cash**.

| **U.S. Bankruptcy Court** | **U.S. Bankruptcy Court** |
|---|---|
| Robert T. Matsui United States Courthouse | Robert E. Coyle United States Courthouse |
| 501 I Street, Suite 3-200 | 2500 Tulare Street, Suite 2501 |
| Sacramento, CA 95814 | Fresno, CA 93721 |

Filings from parties without an attorney may also be submitted through the court's Debtor Dropbox, an online portal, and the court also accepts online filing fee installment payments. The Debtor Drop Box and online payment portal can be found on our website under **For Debtors**.

### Questions

Questions regarding the closure of the Modesto courthouse may be directed to the Clerk's office at 916-930-4400 or 559-499-5800. Offices are open Monday through Friday from 9:00 a.m. to 4:00 p.m. except for federal holidays.